## In re ARACHNID, INC.

### No. 2011–1430.

United States Court of Appeals,
Federal Circuit.

May 9, 2012.

Stephen M. Hankins, Schiff Hardin LLP, of San Francisco, California, argued for appellant. On the brief were James P. Murphy and David Z. Petty, McAndrews Held & Malloy, Ltd., of Chicago, Illinois.

Frances M. Lynch, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With her on the brief were Raymond T. Chen, Solicitor, and Lynne E. Pettigrew, Associate Solicitor.

BRYSON, MAYER, and REYNA, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

## MBO LABORATORIES, INC., Plaintiff–Appellant,

### v.

## BECTON, DICKINSON & COMPANY, Defendant–Appellee.

### No. 2011–1446.

United States Court of Appeals,
Federal Circuit.

May 9, 2012.

John M. Skenyon, Fish & Richardson, P.C. of Boston, MA, argued for plaintiff-appellant.

Lisa J. Pirozzolo, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, MA, argued for defendant-appellee. With her on the brief was William G. McElwain, of Washington, DC. Of counsel were Alexandra C. Boudreau and John C. Polley, of Boston, MA.

RADER, Chief Judge, DYK and Prost, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**